KLESTADT & WINTERS, LLP
Tracy L. Klestadt (TK-3591)
Patrick J. Orr (PO-7617)
292 Madison Avenue, 17th Floor
New York, New York 10017
Tel. (212) 972-3000
Fax: (212) 972-2245

Attorneys for Hogil Pharmaceuticals Corp. and Howard Wendy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| INNOMED LABS, LLC, | Case No. 02-22644 (ASH) |
| Debtor. | |

## NOTICE OF APPEAL

Hogil Pharmaceutical Corp. and Howard Wendy ("Appellants"), by and through their attorneys, Klestadt & Winters, LLP, pursuant to 28 U.S.C. § 158(a) and Fed.R.Bankr. 8001(a), hereby appeal to the United States District Court of the Southern District of New York from an order entered by the United States Bankruptcy Court for the Southern District of New York, over Appellants' objection, on April 3, 2007, "Authorizing Jeffrey L. Sapir, Esq., Chapter 7 Trustee, to Retain and Employ Robinowitz Cohlan Dubow & Doherty, LLP as Special Counsel to the Chapter 7 Trustee" [Docket #57] in the above-captioned Chapter 7 case.

The opposing party to the order appealed from is Jeffrey L. Sapir, Esq., 399 Knollwood Road, Suite 102, White Plains, NY 10603, Tel: (914) 328-7272, and his proposed counsel in this matter is Robinowitz, Cohlan, Dubow & Doherty, LLP; Attn: Bruce Minkoff, Esq., 299 Main Street, White Plains, New York 10601 Tel: (914) 949-2826.

2

Dated: New York, New York
      April 11, 2007                   KLESTADT & WINTERS, LLP
                                         Attorneys for Hogil Pharmaceutical Corp.
                                         and Howard Wendy

                                         By: /s/Tracy L. Klestadt
                                              Tracy L. Klestadt (TK-3591)
                                              Patrick J. Orr (PO-7617)
                                         292 Madison Avenue, 17th Floor
                                         New York, New York 10017
                                         (212) 972-3000