UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                                    Chapter 7
                                                          Case No. 02-22644 (ASH)
INNOMED LABS, LLC,

                    Debtor.

_____

**ORDER STRIKING DOCUMENTS FROM RECORD ON APPEAL**

Upon the Objection dated April 27, 2007 ("the Objection") by Jeffrey Sapir, Esq.

Chapter 7 Trustee of Innomed Labs, LLC, by Robinowitz Cohlan Dubow & Doherty, LLP,

special counsel to the Chapter 7 Trustee, to the inclusion of documents numbered "7" and "8" in

the Designation of Record on Appeal filed by Hogil Pharmaceutical Corp. and Howard Wendy

dated April 17, 2007, and it appearing that proper and adequate notice of the Objection has been

given and that no other or further notice is necessary; and this Court having determined that the

Objection is reasonable and proper; and after due deliberation thereon; and good and sufficient

cause appearing therefore, it is hereby;

ORDERED, that the Objection is sustained; and it is further

ORDERED, that the documents numbered "7" and "8" in the Designation of Record on

Appeal by Hogil Pharmaceutical Corp. and Howard Wendy dated April 17, 2007 be stricken

from the Record on Appeal before its transmittal to the United States District Court for the

Southern District of New York.

Dated: White Plains, New York
        May 22, 2007

                                      /s/ Adlai S. Hardin, Jr.
                                      THE HONORABLE ADLAI S. HARDIN, JR.
                                      UNITED STATES BANKRUPTCY JUDGE

RECEIVED MAY 23 2007 U.S. BANKRUPTCY COURT, SDNY

07 CIV. 4778

JUDGE CONNER

S.D. OF N.Y.W.P.    2007 JUN -5 P 12: 40    U.S. DISTRICT COURT FILED