KLESTADT & WINTERS, LLP
Tracy L. Klestadt
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone: (212) 972-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| INNOMED LABS, LLC, | : | 7:07-cv-4778 (WCC) |
| | : | |
| Debtor. | : | Chapter 7 Case |
| | : | |
| HOGIL PHARMACEUTICAL CORP. and HOWARD WENDY, | : | Bankruptcy Case No. 02-22644 (ASH) |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY L. SAPIR, as Chapter 7 Trustee, | : | |
| | : | |
| Appellee. | : | |

=====================================X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    SARAH E. MEGNA, being duly sworn, deposes and says:

    1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

      2. On the 26th day of June, 2007, I served a copy of the BRIEF OF APPELLANTS HOGIL PHARMACEUTICAL CORP. AND HOWARD WENDY, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Bruce Minkoff, Esq.
Robinowitz Cohlan Dubow & Doherty LLP
199 Main Street
White Plains, NY 10601

                                                                       /s/ Sarah E. Megna
                                                                            Sarah E. Megna

Sworn to and Subscribed by me this 26th
day of June 2007.

/s/ Tracy L. Klestadt
      Notary Public