UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re: | 7:07-CV-4778 (WCC) |
| INNOMED LABS, LLC, | |
| Debtor. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | Chapter 7 Case |
| HOGIL PHARMACEUTICAL CORP. and HOWARD WENDY, | Bankruptcy Case No. 02-22644 (ASH) |
| Appellants | |
| -against- | AFFIDAVIT OF SERVICE |
| JEFFREY L. SAPIR, as Chapter 7 Trustee, Appellee. | |

---

STAT E OF NEW YORK)

COUNTY OF WESTCHESTER)ss.:

Taftaleen Reid, being duly sworn, deposes and says:

I am over the age of 18 years, I am not a party to the above-captioned action and I reside at Yonkers, New York. On July 13, 2007, I served a true copy of the BRIEF OF APPELLEE JEFFREY L. SAPIR, AS CHAPTER 7 TRUSTEE, by overnight delivery by UPS Overnight, an express overnight delivery service in a properly addressed package to the attorneys set forth below. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery.

Klestadt & Winters, LLP
Attorneys for Hogil Pharmaceuticals Corp. and Howard Wendy
292 Madison Avenue, 17th Floor
New York, New York 10017

/s/ Taftaleen Reid
TAFTALEEN REID

Sworn to before me this
13th day of July, 2007

/s/ Bruce Minkoff
BRUCE MINKOFF
Notary Public of the State of New York
No. 02MI5079616
Qualified in Westchester County
Commission Expires June 9, 2011