UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In Re:
**INNOMED LABS, LLC,**

                     Debtor,
---------------------------------------X        07 CV 04778 (WCC)
                                                                            JUDGMENT

**HOGIL PHARMACEUTICAL CORP., and
HOWARD WENDY**

                    Appellants,

                    -against-

**JEFFREY L. SAPIR, as Chapter 7 Trustee**

                    Appellee.
-------------------------------------X

     Whereas the above entitled action having been assigned to the Honorable William C. Conner, U.S.D.J., and the Court thereafter on January 29, 2008, having handed down an Opinion and Order (docket #10) affirming the Order of the Bankruptcy Court, granting Appellee's Petition to employ Robinowitz Cohlan Dubow & Doherty, LLP as special counsel, and denying appellants' appeal, it is,

     **ORDERED, ADJUDGED AND DECREED:** that the order of the Bankruptcy Court granting Appellees's Petition to employ Robinowitz Cohlan Dubow & Doherty, LLP as special counsel is affirmed, and Appellants' appeal is denied, and the case is hereby closed.


DATED: White Plains, N.Y.
           January 31, 2008

                                                                  *J. Michael McMahon*
                                                                    J. Michael McMahon
                                                                    Clerk Of Court


I:\JUDGMENT\INNOMEDLABS.778.wpd